No. 82–1517. MISSION INSURANCE CO. *v.* UNITED STATES; and

No. 82–1541. M/V BIG SAM ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 681 F. 2d 432 and 693 F. 2d 451.

No. 82–1615. DIAZ-SALAZAR *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied.

No. 82–1621. PRING *v.* PENTHOUSE INTERNATIONAL, LTD., ET AL. C. A. 10th Cir. Certiorari denied.

No. 82–1639. MARCELLO *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 82–1652. GOLDSTEIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 82–1655. HEAD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 82–1674. LEVINE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 82–1675. CALIFORNIA *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–1702. STEVENS ET AL. *v.* MAISLIN TRANSPORT OF DELAWARE, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–1726. TEXAS *v.* SAMUDIO. Ct. Crim. App. Tex. Certiorari denied.

No. 82–1733. RASNAKE *v.* GEORGIA. Ct. App. Ga. Certiorari denied.